# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charleton John Castene Mackerer<br>      Catherine Mary Ellen Mackerer aka<br>Catherine Barlip, aka Catherine Woodard, aka<br>Catherine Mattingly<br>                Debtor(s) | BK NO. 24-01746 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
13 Aug 2024, 10:52:19, EDT


                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      215-627-1322