UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLETON JOHN CASTENE : CHAPTER 13
MACKERER and CATHERINE MARY :
ELLEN MACKERER :
   Debtors :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
CHARLETON JOHN CASTENE :
MACKERER and CATHERINE MARY :
ELLEN MACKERER :
   Respondents : CASE NO. 5-24-bk-01746

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 19th day of August, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. The Trustee avers that debtor's plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid. No estimated amount for the mortgage arrearage claim is stated in the plan.

2. Trustee avers that debtor's plan cannot be administered due to the lack of the following:

    a. The debtor has not provided to the Trustee copies of 2023 Federal Income Tax returns as required by § 521(e)(2)(A).

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 20th day of August, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Timothy Fisher, II, Esquire
P.O. Box 396
Gouldsboro, PA   18424

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee