Donna Kau
___

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Thursday, August 22, 2024 12:28 PM |
| To: | Donna Kau |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Charleton John Castene Mackerer, Case Number: 24-01746, MJC, Ref: [p-217996164] |
| Attachments: | B_P52401746pdf0020077.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 23, 2024

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Charleton John Castene Mackerer, Case Number 24-01746, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

___

Undeliverable Address:
Kikoff Lending

Role type/cr id: 5630976
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

75 Broadway, Ste 226
San Francisco, CA 94111

1

Undeliverable Address:
Progressive Physician Assoc.
95 Highland Ave.
Suite 130
Bethlehem, PA 18017

Role type/cr id: 5630986
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 81 HIGHLAND AVE STE 220, BETHLEHEM PA 18017-9310 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*81 Highland Ave., Ste 220*
*Bethlehem PA 18017-9310*

_____   _____8-23-24_____
Signature of Debtor or Debtor's Attorney          Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

**CAUTION:** This email originated from outside the Fisher & Fisher Domain. Be Diligent!