United States Bankruptcy Court
Middle District of Pennsylvania

In re **Charleton John Castene Mackerer**
**Catherine Mary Ellen Mackerer**
Debtor(s)

Case No. **5:24-bk-01746**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2024**, a copy of Notice of Chapter 13 Bankruptcy Case and Chapter 13 Plan was served electronically or by regular United States mail to the creditors listed below.

**Kikoff Lending**
**75 Broadway, Ste 226**
**San Francisco, CA 94111**

**Progressive Physician Associations**
**81 Highland Ave., Ste 220**
**Bethlehem, PA 18017-9310**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**
**donna.kau@pocono-lawyers.com**