United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                  Case No. 24-01746-MJC

Charleton John Castene Mackerer                                                                              Chapter 13

Catherine Mary Ellen Mackerer

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                   User: AutoDocke                                       Page 1 of 3
Date Rcvd: Aug 21, 2024                         Form ID: ntcnfhrg                                        Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charleton John Castene Mackerer, Catherine Mary Ellen Mackerer, 9 E North St, Summit Hill, PA 18250-1240 |
| 5643554 | + | Addition Financial, 1000 Primera Blvd., Lake Mary, FL 32746-2194 |
| 5630963 | + | Addition Financial Credit, P.O. Box 958471, Lake Mary, FL 32795-8471 |
| 5646384 | + | Berkheimer, Agent for Pleasant Valley SD/Summit Bo, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5630965 | | Bridgecrest Credit Company, 1800 N. Colorado Street, Gilbert, AZ 85233 |
| 5630971 | + | Creditech, P.O. Box 20330, Lehigh Valley, PA 18002-0330 |
| 5630972 | + | Exact Sciences, 5505 Endeavor Lane, Madison, WI 53719-8803 |
| 5630973 | | First Commonwealth FCU, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 5646271 | + | Joshua A. Gildea, Fitzpatrick Lentz & Bubba, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 5630981 | | National Medical Professionals, P.O. Box 844648, Dallas, TX 75284-4648 |
| 5630987 | + | Radiology Imaging Consultants, PO BOX 63300, Colorado Springs, CO 80962-3300 |
| 5630994 | + | ST. LUKE'S PHYSICIANS GROUP INC., 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 5630992 | + | Secretary of Veterans Affairs, 3401 West End Avenue, Suite 760W, Nashville, TN 37203-1042 |
| 5630993 | + | St Lukes University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5630995 | + | St. Lukes Miners Memorial Hospital, 360 W Ruddle St, Coaldale, PA 18218-1099 |
| 5646385 | + | Statewide, Agent for Panther Valley SD/Summit Hill, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 5630996 | + | Summit Hill Borough Tax Collector, P.O. Box 86, Summit Hill, PA 18250-0086 |
| 5630998 | + | UCHEALTH, 7901 E. Lowry Blvd Suite 350, Denver, CO 80230-6510 |
| 5630999 | | Univ. of Colorado Medicine, Dept. 1059, Denver, CO 80256-1059 |
| 5631000 | + | University of Colorado Medicine, 13001 E 17th Pl, Aurora, CO 80045-2570 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:42:24 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:44:01 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:27:24 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5630964 | | Email/Text: dltlegal@hab-inc.com | Aug 22 2024 00:07:00 | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 5643931 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:27:32 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 5632210 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 22 2024 00:27:22 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632209 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 01:01:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5630966 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 01:26:25 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5643437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:45:33 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5630969 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:27:22 | Capital One/Cabelas, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5630970 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 01:00:31 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5630974 | | Email/Text: bankruptcy@sccompanies.com | Aug 22 2024 00:08:00 | Homevisions, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5630975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2024 00:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5630977 | | Email/Text: bk@lendmarkfinancial.com | Aug 22 2024 00:06:00 | Lendmark Financial Services, 2118 Usher Street NW, Covington, GA 30014 |
| 5633636 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:43:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5630978 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 22 2024 00:07:00 | Medical Revenue Service, P.O. Box 1149, Sebring, FL 33871-1149 |
| 5630979 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 22 2024 00:07:00 | Medical Revenue Services, P.O. Box 1149, Sebring, FL 33871-1149 |
| 5630980 | + | Email/Text: bankruptcy@sccompanies.com | Aug 22 2024 00:08:00 | Montgomery Ward, P.O. Box 1112 7th Avenue, Monroe, WI 53566-8017 |
| 5630982 | | ^ MEBN | Aug 21 2024 23:55:32 | NCB Management Services, Inc, One Allied Drive, Trevose, PA 19053-6945 |
| 5630983 | | ^ MEBN | Aug 21 2024 23:56:59 | PA Turnpike Comission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5630984 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2024 00:27:23 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5630985 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 22 2024 00:07:00 | Progressive County Mutual Co, 7301 Metro Center Drive, Austin, TX 78744-1748 |
| 5633639 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2024 00:07:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5630989 | | Email/Text: accounting@recoveryrmg.com | Aug 22 2024 00:07:00 | Receivable Management Group, 2901 University Ave. #29, Columbus, GA 31907 |
| 5630988 | + | Email/Text: ngisupport@radiusgs.com | Aug 22 2024 00:07:00 | Radius Global Solutions LLC, 7831 Glenroy Rd, Suite 250 A, Minneapolis, MN 55439-3117 |
| 5630990 | | ^ MEBN | Aug 21 2024 23:55:29 | Receivable Management Services, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5630997 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 01:15:58 | SYNCB/Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 5630991 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2024 00:07:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5630976 | | Kikoff Lending |
| 5630968 | *+ | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5630967 | *+ | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5630986 | ##+ | Progressive Physician Assoc., 95 Highland Ave., Suite 130, Bethlehem, PA 18017-9483 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Regina Cohen | on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com mmalone@lavin-law.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Catherine Mary Ellen Mackerer donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Charleton John Castene Mackerer donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Charleton John Castene Mackerer, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:24−bk−01746−MJC |
| Catherine Mary Ellen Mackerer, aka Catherine Barlip, aka Catherine Woodard, aka Catherine Mattingly, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 24, 2024<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 21, 2024 |

ntcnfhrg (08/21)