# FISHER & FISHER
## LAW OFFICES, L.L.C.

**Timothy B. Fisher, Esquire* ***
**Timothy B. Fisher, II, Esquire***

\* Member of PA & Federal Bars
\*\* Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michael A. Ventrella, Esquire*

September 5, 2024

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Charleton John Castene Mackerer*
*Catherine Mary Ellen Mackerer*
*Case No. 5:24-bk-01746 MJC*

Dear Sir:

Please note the following change of address for Creditor National Medical Professionals:

Prior Address:   P.O. Box 844648
                 Dallas, TX 75284-4648

New Address:    220 E. Las Colinas Blvd.
                Irving, TX 75039

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
Timothy B. Fisher, II

TBFII/dlk

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax