United States Bankruptcy Court
Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Charleton John Castene Mackerer** <br> **Catherine Mary Ellen Mackerer** | Case No. | **5:24-bk-01746** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 5, 2024**, a copy of Notice of Chapter 13 Bankruptcy Case and Chapter 13 Plan was served electronically or by regular United States mail to the creditors listed below.

**National Medical Professionals**
**P.O. Box 844648**
**Dallas, TX  75284-4648**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com