United States Bankruptcy Court
Middle District of Pennsylvania

In re **Charleton John Castene Mackerer**
**Catherine Mary Ellen Mackerer**
Debtor(s)

Case No. **5:24-bk-01746**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 12, 2024**, a copy of **1st Amended Chapter 13 Plan and Notice of Amended Plan and Confirmation Hearing** was served electronically or by regular United States mail to all the creditors listed below.

**Lendmark Financial Services**
**1735 N. Brown Road, Suite 300**
**Lawrenceville, GA 30043**
**ATTN: Bobby Aiken, President & CEO**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com