United States Bankruptcy Court
Middle District of Pennsylvania

In re **Charleton John Castene Mackerer**
**Catherine Mary Ellen Mackerer**
Debtor(s)

Case No. 5:24-bk-01746
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-01746-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Dec 24 08:56:41 EST 2024 | Bridgecrest Acceptance Corporation<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | Addition Financial<br>1000 Primera Blvd.<br>Lake Mary, FL 32746-2194 |
| Addition Financial Credit<br>P.O. Box 958471<br>Lake Mary, FL 32795-8471 | (p)BERKHEIMER<br>PO BOX 20662<br>LEHIGH VALLEY PA 18002-0662 | Berkheimer, Agent for Pleasant Valley SD/Sum<br>50 North Seventh Street<br>Bangor, PA 18013-1731 |
| Bridgecrest Acceptance Corporation by AIS Po<br>PO Box 4138<br>Houston, TX 77210-4138 | Bridgecrest Credit Company<br>1800 N. Colorado Street<br>Gilbert, AZ 85233 | Bridgecrest Credit Company, LLC as Agent<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank USA NA<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One/Cabelas<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Creditech<br>P.O. Box 20330<br>Lehigh Valley, PA 18002-0330 |
| Exact Sciences<br>5505 Endeavor Lane<br>Madison, WI 53719-8803 | First Commonwealth FCU<br>PO Box 20450<br>Lehigh Valley, PA 18002-0450 | Homevisions<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Joshua A. Gildea<br>Fitzpatrick Lentz & Bubba, P.C.<br>645 W. Hamilton Street, Suite 800<br>Allentown, PA 18101-2197 |
| Kikoff Lending<br>75 Broadway Ste 226<br>San Francisco, CA 94111-1458 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| Medical Revenue Service<br>P.O. Box 1149<br>Sebring, FL 33871-1149 | Medical Revenue Services<br>P.O. Box 1149<br>Sebring, FL 33871-1149 | Montgomery Ward<br>P.O. Box 1112 7th Avenue<br>Monroe, WI 53566-8017 |

| | | |
|---|---|---|
| NCB Management Services, Inc<br>One Allied Drive<br>Trevose, PA 19053-6945 | National Medical Professionals<br>220 E. Las Colinas Blvd.<br>Irving, TX 75039-5500 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |
| PA Turnpike Comission<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | PennyMac Loan Services LLC<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| Progressive County Mutual Co<br>7301 Metro Center Drive<br>Austin, TX 78744-1748 | Progressive Physician Assoc<br>81 Highland Ave<br>Suite 220<br>Bethlehem, PA 18017-9310 | Quantum3 Group LLC as agent for<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radiology Imaging Consultants<br>PO BOX 63300<br>Colorado Springs, CO 80962-3300 | Radius Global Solutions LLC<br>7831 Glenroy Rd<br>Suite 250 A<br>Minneapolis, MN 55439-3117 | (p)RECEIVABLE MANAGEMENT GROUP<br>ATTN BANKRUPTCY<br>2901 UNIVERSITY AVE STE #29<br>COLUMBUS GA 31907-7601 |
| Receivable Management Services<br>240 Emery Street<br>Bethlehem, PA 18015-1980 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | SPRING OAKS CAPITAL SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE, VA 23327-1216 |
| ST. LUKE'S PHYSICIANS GROUP INC.<br>801 Ostrum St.<br>Bethlehem, PA 18015-1000 | SYNCB/Lowes<br>P.O. Box 71727<br>Philadelphia, PA 19176-1727 | Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Secretary of Veterans Affairs<br>3401 West End Avenue<br>Suite 760W<br>Nashville, TN 37203-1042 | St Lukes University Health Network<br>PO Box 788187<br>Philadelphia, PA 19178-8187 | St. Lukes Miners Memorial Hospital<br>360 W Ruddle St<br>Coaldale, PA 18218-1099 |
| Statewide, Agent for Panther Valley SD/Summi<br>1883 Jory Road<br>Pen Argyl, PA 18072-9652 | Summit Hill Borough Tax Collector<br>P.O. Box 86<br>Summit Hill, PA 18250-0086 | UCHEALTH<br>7901 E. Lowry Blvd Suite 350<br>Denver, CO 80230-6510 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Univ. of Colorado Medicine<br>Dept. 1059<br>Denver, CO 80256-1059 | University of Colorado Medicine<br>13001 E 17th Pl<br>Aurora, CO 80045-2570 |
| Catherine Mary Ellen Mackerer<br>9 E North St<br>Summit Hill, PA 18250-1240 | Charleton John Castene Mackerer<br>9 E North St<br>Summit Hill, PA 18250-1240 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |