United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01746-MJC |
| Charleton John Castene Mackerer | Chapter 13 |
| Catherine Mary Ellen Mackerer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Aug 22, 2025      Form ID: ordsmiss      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charleton John Castene Mackerer, Catherine Mary Ellen Mackerer, 9 E North St, Summit Hill, PA 18250-1240 |
| 5643554 | + | Addition Financial, 1000 Primera Blvd., Lake Mary, FL 32746-2194 |
| 5630963 | + | Addition Financial Credit, P.O. Box 958471, Lake Mary, FL 32795-8471 |
| 5646384 | + | Berkheimer, Agent for Pleasant Valley SD/Summit Bo, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5630965 | | Bridgecrest Credit Company, 1800 N. Colorado Street, Gilbert, AZ 85233 |
| 5630971 | + | Creditech, P.O. Box 20330, Lehigh Valley, PA 18002-0330 |
| 5630972 | + | Exact Sciences, 5505 Endeavor Lane, Madison, WI 53719-8803 |
| 5646271 | + | Joshua A. Gildea, Fitzpatrick Lentz & Bubba, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 5630981 | + | National Medical Professionals, 220 E. Las Colinas Blvd., Irving, TX 75039-5500 |
| 5630986 | | Progressive Physician Assoc, 81 Highland Ave, Suite 220, Bethlehem, PA 18017-9310 |
| 5630987 | + | Radiology Imaging Consultants, PO BOX 63300, Colorado Springs, CO 80962-3300 |
| 5630994 | + | ST. LUKE'S PHYSICIANS GROUP INC., 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 5630992 | + | Secretary of Veterans Affairs, 3401 West End Avenue, Suite 760W, Nashville, TN 37203-1042 |
| 5630993 | + | St Lukes University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5630995 | + | St. Lukes Miners Memorial Hospital, 360 W Ruddle St, Coaldale, PA 18218-1099 |
| 5646385 | + | Statewide, Agent for Panther Valley SD/Summit Hill, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 5630996 | + | Summit Hill Borough Tax Collector, P.O. Box 86, Summit Hill, PA 18250-0086 |
| 5630998 | + | UCHEALTH, 7901 E. Lowry Blvd Suite 350, Denver, CO 80230-6510 |
| 5630999 | | Univ. of Colorado Medicine, Dept. 1059, Denver, CO 80256-1059 |
| 5631000 | + | University of Colorado Medicine, 13001 E 17th Pl, Aurora, CO 80045-2570 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 22 2025 22:34:00 | Bridgecrest Acceptance Corporation, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 22 2025 22:34:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 22 2025 22:34:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5630964 | | Email/Text: dltlegal@hab-inc.com | Aug 22 2025 18:36:00 | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 5643931 | + | EDI: AISACG.COM | Aug 22 2025 22:34:00 | Bridgecrest Acceptance Corporation by AIS Portfoli, PO Box 4138, Houston, TX 77210-4138 |
| 5632210 | + | EDI: AISACG.COM | Aug 22 2025 22:34:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5632209 | + | EDI: AISACG.COM | | |

| Recipient ID | | Method | Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 22 2025 22:34:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5630966 | + | EDI: CAPITALONE.COM | Aug 22 2025 22:34:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5643437 | | EDI: CAPITALONE.COM | Aug 22 2025 22:34:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5630969 | + | EDI: CAPITALONE.COM | Aug 22 2025 22:34:00 | Capital One/Cabelas, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5630970 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2025 18:42:39 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5630973 | | Email/Text: debtres@firstcomcu.org | Aug 22 2025 18:36:00 | First Commonwealth FCU, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 5630974 | | EDI: CBS7AVE | Aug 22 2025 22:34:00 | Homevisions, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5630975 | | EDI: IRS.COM | Aug 22 2025 22:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5648659 | | EDI: JEFFERSONCAP.COM | Aug 22 2025 22:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5630976 | + | Email/Text: bankruptcy@kikoff.com | Aug 22 2025 18:36:00 | Kikoff Lending, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 5630977 | | Email/Text: bk@lendmarkfinancial.com | Aug 22 2025 18:36:00 | Lendmark Financial Services, 2118 Usher Street NW, Covington, GA 30014 |
| 5633636 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 18:42:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5630978 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 22 2025 18:36:00 | Medical Revenue Service, P.O. Box 1149, Sebring, FL 33871-1149 |
| 5630979 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 22 2025 18:36:00 | Medical Revenue Services, P.O. Box 1149, Sebring, FL 33871-1149 |
| 5630980 | + | EDI: CBS7AVE | Aug 22 2025 22:34:00 | Montgomery Ward, P.O. Box 1112 7th Avenue, Monroe, WI 53566-8017 |
| 5630982 | ^ | MEBN | Aug 22 2025 18:33:44 | NCB Management Services, Inc, One Allied Drive, Trevose, PA 19053-6945 |
| 5655014 | + | EDI: NFCU.COM | Aug 22 2025 22:34:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5630983 | ^ | MEBN | Aug 22 2025 18:34:00 | PA Turnpike Comission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5630984 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2025 18:42:46 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5652476 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2025 18:42:36 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5630985 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 22 2025 18:36:00 | Progressive County Mutual Co, 7301 Metro Center Drive, Austin, TX 78744-1748 |
| 5633639 | | EDI: Q3G.COM | Aug 22 2025 22:34:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5630989 | | Email/Text: accounting@recoveryrmg.com | Aug 22 2025 18:36:00 | Receivable Management Group, 2901 University Ave. #29, Columbus, GA 31907 |
| 5630988 | + | Email/Text: ngisupport@radiusgs.com | Aug 22 2025 18:36:00 | Radius Global Solutions LLC, 7831 Glenroy Rd, Suite 250 A, Minneapolis, MN 55439-3117 |
| 5630990 | ^ | MEBN | Aug 22 2025 18:33:42 | Receivable Management Services, 240 Emery |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | | Street, Bethlehem, PA 18015-1980 |
| 5654750 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 18:42:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5650268 | Email/Text: bankruptcy@springoakscapital.com | Aug 22 2025 18:36:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5630997 | EDI: SYNC | Aug 22 2025 22:34:00 | SYNCB/Lowes, P.O. Box 71727, Philadelphia, PA 19176-1727 |
| 5630991 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2025 18:36:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5630968 | *+ | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5630967 | *+ | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Regina Cohen | on behalf of Creditor Bridgecrest Acceptance Corporation rcohen@lavin-law.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Catherine Mary Ellen Mackerer donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Charleton John Castene Mackerer donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charleton John Castene Mackerer,　　　　　　　Chapter　　　13

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　　Case No.　　　5:24−bk−01746−MJC

Catherine Mary Ellen Mackerer,
aka Catherine Barlip, aka Catherine Woodard, aka
Catherine Mattingly,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: August 22, 2025

ordsmiss (05/18)